**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 360 WAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DAMIEN A. GREEN, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of April, 2022, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by Petitioner, is:

    Whether, as a matter of first impression and in the interests of justice, a transfer order filed after the twenty[-]day limitation in 42 Pa.C.S.[§]6322 and Pa.R.Crim.P. 597 is a legal nullity or should exceptions created by Pennsylvania jurisprudence [under] similar rules and statutes be applicable?